IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Petre Sr, Gheorghe | Case Number: 08 B 20561 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 8/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 46,474.39 | 0.00 |
| 7. | Chase Bank USA NA | Unsecured | 20.81 | 0.00 |
|  |  |  | $ 46,495.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

